ACCEPTED
03-15-00468-CR
13907182
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 2:46:04 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00468-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL
DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 2:46:04 PM
JEFFREY D. KYLE
Clerk

**Matthew Warfield**, Appellant

v.

**The State of Texas**, Appellee

On Appeal from the 22nd District Court of Hays County in Cause No.
CR-14-0882, the Honorable Gary Steel, Judge Presiding

# Unopposed Motion to Stay Proceedings and Allow Amended Briefing

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Matthew, Appellant in the above styled and numbered cause, by and through John G. Jasuta, his undersigned attorney of record, and respectfully enters this "Unopposed Motion to Stay Proceedings and Allow Amended Briefing," and in support of such Motion would show the Court:

I

Appellant was convicted in the 22nd District Court of Hays County, Texas, of the offense of evading arrest, in Cause No. CR-

14-0882 (Count I), styled **_The State of Texas v. Matthew Devere Warfield_**.  Punishment was assessed at confinement for twenty (20) years.  The trial court imposed sentence on July 16, 2015.  Notice of Appeal was timely filed with the clerk of the trial court.

## II

Appellant's Amended Brief was filed with the Court on February 16, 2016.  The State's Brief was filed on May 24, 2016.  The case has been listed as "At Issue" since June 8, 2016, and oral argument was denied on July 11, 2016.

## III

The undersigned now believes that the punishment assessed in Count I may be illegal, as the indictment and evidence presented may support only a conviction for a State Jail Felony.  Additional research and briefing is required to fully protect Appellant's right to a full and complete appeal of the conviction.

## III

Said attorney would further show the Court that he has been scheduled to undergo major abdominal surgery, his third surgery

in the last five months, on November 22, 2016. Said attorney will require, as a result, additional time, both to recuperate and to complete the research and prepare Appellant's Second Amended Brief on Appeal. Given the recuperation time required the undersigned would request an additional forty-five (45) days to complete and file an Amended Brief. This delay in the proceedings is sought so that justice may be done, and not for any purpose of unnecessary delay.

## Certificate of Conference

The undersigned certifies that David Schulman, a licensed attorney with whom the undersigned shares office space, conferred with Mr. Ben Moore, counsel of record for the State. Neither Mr. Moore nor his office are opposed to the granting of this motion.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his "Unopposed Motion to Stay Proceedings and Allow Amended Briefing," and Order that

Appellant's amended brief be filed on or before January 6, 2017, or until such time as set by this Court.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Matthew Warfield

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X8 software, contains 484 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on November 21, 2016, a true and correct copy of the above and foregoing "Unopposed Motion to Stay Proceedings and Allow Amended Briefing," was transmitted via the eService function on the State's eFiling portal, to Benjamin "Ben" Moore (benjamin.moore@co.hays.tx.us), counsel of record for the State of Texas.

**John G. Jasuta**